■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JOANNE GELLER, admitted on July 22, 1987, at a Term of the Appellate Division, Second Department. [783 NYS2d 279]—Respondent reinstated as an attorney and counselor-at-law

in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 240 AD2d 106 (1998).]